COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

DAVID OROZCO,                               §                    No. 08-19-00064-CR

                 Appellant,     §                        Appeal from the

v.                                                      §                   34th District Court

THE STATE OF TEXAS,                   §                    of El Paso County, Texas

                 State.         §                     (TC# 20180D00991)

§

# **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **December 13, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before December 13, 2019.

IT IS SO ORDERED this 13th day of November, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.